```
                              United States Bankruptcy Court
                                  Northern District of Ohio
In re:                                                             Case No. 13-61317-rk
Brian Lee Robins                                                   Chapter 7
Jennifer Ann Robins
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0647-6         User: lbald              Page 1 of 2          Date Rcvd: May 22, 2013
                             Form ID: 227i            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2013.
db/db        +Brian Lee Robins,    Jennifer Ann Robins,    1717 Huron Rd SE,    Massillon, OH 44646-8343
22348502     +Citizens Financial,    4615 Everhard Rd NW,    Canton, OH 44718-2408
22348503     +Client Services, Inc.,    3451 Harry S. Truman Blvd,    St Charles, MO 63301-9816
22348509     +Fingerhut,    POB 166,    Newark, NJ 07101-0166
22348511     +Kay's Jewelers,    POB 3680,    Akron, OH 44309-3680
22348512     +Massillon City Income Tax Dept.,    One James Duncan Plaza,    Massillon, OH 44646-6686
22348513     +One Main Financial,    POB 183172,    Columbus, OH 43218-3172
22348514     +Seventh Avenue,    POB 2819,    Monroe, WI 53566-8019
22348515     +Shotwell, Janie,    2439 Abington Rd,    Fairlawn, OH 44333-4016
22348517     +Stark Federal Credit Union,    4100 Dressler Rd Nw,    Canton, OH 44718-2754
22348518     +Verizon Wireless,    POB 4002,    Acworth, GA 30101-9003
22348521     +Wasik, Henry A. & Tina L.,    4548 Monica Ave SW,    Canton, OH 44706-4524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: mvdatty@yahoo.com May 22 2013 22:28:06      Michael V. Demczyk,
               12370 Cleveland Ave NW,    PO Box 867,    Uniontown, OH   44685
tr           +EDI: QAPSILAGY.COM May 22 2013 23:28:00      Anne Piero Silagy, Esq,    Canton,   220 Market Ave S,
               #900,    Canton, OH 44702-2181
22348500     +EDI: CAPITALONE.COM May 22 2013 23:28:00      Best Buy/Capital One,    POB 85619,
               Richmond, VA 23285-5619
22348501     +EDI: WFNNB.COM May 22 2013 23:28:00      Catherine's,   POB 659728,    San Antonio, TX 78265-9728
22348504     +EDI: RCSFNBMARIN.COM May 22 2013 23:28:00      Credit One,    POB 60500,
               City of Industry, CA 91716-0500
22348505     +EDI: DISCOVER.COM May 22 2013 23:28:00      Discover,    POB 6103,   Carol Stream, IL 60197-6103
22348506     +EDI: DISCOVER.COM May 22 2013 23:28:00      Discover,    POB 6103,
               Carol Stream, Illinois 60197-6103
22348507     +EDI: ESSL.COM May 22 2013 23:28:00      Dish Network,    9601 S Meridian Blvd,
               Englewood, CO 80112-5905
22348510     +EDI: RMSC.COM May 22 2013 23:28:00      GE Capital Retail Bank,    POB 103104,
               Roswell, GA 30076-9104
22348516     +E-mail/Text: bknotice@erccollections.com May 22 2013 23:21:31      Sprint,
               c/o Enhanced Recovery Co.,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
22348519     +EDI: RMSC.COM May 22 2013 23:28:00      WalMart,    POB 530927,   Atlanta, GA 30353-0927
22348520     +EDI: RMSC.COM May 22 2013 23:28:00      WalMart,    Walmart/GECRB,    POB 530927,
               Atlanta, GA 30353-0927
                                                                                             TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22348508*    +Dish Network,    9601 S Meridian Blvd,    Englewood, CO 80112-5905
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2013                  Signature:     *Joseph Speetjens* (signature)

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2013 at the address(es) listed below:
　　　　　Anne Piero Silagy, Esq    asilagycourt@neo.rr.com,  asilagy@ecf.epiqsystems.com
　　　　　Michael V. Demczyk    on behalf of Debtor Jennifer Ann Robins mvdatty@yahoo.com, mahysong@mddattorneys.com;oh03@ecfcbis.com
　　　　　Michael V. Demczyk    on behalf of Debtor Brian Lee Robins mvdatty@yahoo.com, mahysong@mddattorneys.com;oh03@ecfcbis.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 21, 2013. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number: 13–61317–rk**

**Debtor(s):**
Brian Lee Robins
1717 Huron Rd SE
Massillon, OH 44646

Jennifer Ann Robins
1717 Huron Rd SE
Massillon, OH 44646

**Other names used by the Debtor(s) in the last 8 years:**

aka Jennifer Ann Albaugh–
**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx–xx–8377
xxx–xx–2791

**Attorney for Debtor:**
Michael V. Demczyk
12370 Cleveland Ave NW
PO Box 867
Uniontown, OH 44685
Telephone number:  (330) 699–6703

**Bankruptcy Trustee:**
Anne Piero Silagy Esq
Canton
220 Market Ave S
#900
Canton, OH 44702
Telephone number:  (330) 456–0900

### Meeting of Creditors

All debtors <u>must</u> bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government– or employer–issued documentation, such as social security card, IRS tax transcript, W–2, or 1099, is acceptable proof.

**Date:**  July 2, 2013
**Time:**  10:00 AM
**Location:**  U.S. Bankruptcy Court, Room 194, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be <u>received</u> by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts: September 2, 2013**

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:**  May 22, 2013

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**